IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LAURA BEWLEY | § |
| | § |
| VS. | § ACTION NO.4:08-CV-750-Y |
| | § |
| MICHAEL J. ASTRUE, COMMISSIONER | § |
| OF SOCIAL SECURITY | § |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On March 30, 2010, the United States magistrate judge issued his findings, conclusions, and recommendation in this case ("the findings"). In the findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration of the United States ("the commissioner") denying plaintiff Laura Bewley's claim for disability insurance benefits.

All parties had until April 20, 2010, to file with the Court written objections to the findings. Ms. Bewley filed her objections, asking this Court to reject the findings of the magistrate judge and remand the case accordingly. The commissioner did not file a response to Ms. Bewley's objections.

After reviewing the findings, the relevant case law, and Ms. Bewley's objections, the Court ADOPTS the findings as the findings and conclusions of this Court for the reasons stated therein. Accordingly, the commissioner's decision is AFFIRMED.

SIGNED September 9, 2010.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/bm